IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00859-JLK

SCOTT HART,

      Plaintiff,

v.

GROUP SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF
CAP GEMINI ERNST & YOUNG U.S. LLC; and
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The Stipulated Dismissal with Prejudice (doc. #28), filed August 5, 2005, is

approved.  This case is **DISMISSED WITH PREJUDICE**, each party to bear its own

costs and fees.

Dated this 5th day of August, 2005.

                    By the Court:

                    **S/John L. Kane**

                    John L. Kane, Senior Judge
                    United States District Court